UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ISMAEL BIMBOW,<br>                Defendant. | 21-CR-48 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The jury trial in this case, previously scheduled for November 15, 2021, is hereby adjourned to November 23, 2021, with jury selection beginning at 9:30 a.m. on that date. This case is the first-priority case for jury selection on November 23, 2021, so that is a firm trial date and the parties shall prepare accordingly. The Court will set pretrial deadlines at the next conference on September 16 at 10:30 a.m.

     SO ORDERED.

Dated: September 13, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge