UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ISMAEL BIMBOW,

Defendant.

21-CR-48 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The jury trial in this case, previously scheduled for January 18, 2022, is hereby adjourned

to January 19, 2022, with jury selection beginning at 9:30 a.m. on that date. This case is the first-

priority case for jury selection on **January 19, 2022, so that is a firm trial date and the parties**

**shall prepare accordingly**.

The parties shall file a joint letter with proposed pretrial disclosure and filing deadlines

by December 8, 2021.

SO ORDERED.

Dated:   December 1, 2021
         New York, New York

_____
                J. PAUL OETKEN
         United States District Judge