UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v-<br><br>ISMAEL BIMBOW,<br>                              Defendant. | 21-CR-48 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The trial in this case has been placed on the master jury trial calendar for March 1, 2022, with jury selection beginning at 9:30 a.m. on that date. The parties shall treat that date as a firm trial date. The government shall produce 3500 material no later than February 8, 2022. Other pretrial scheduling matters will be addressed at the in-person conference scheduled for January 24, 2022, at 12:00 p.m.

SO ORDERED.

Dated: January 14, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge