UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>-v-<br><br>ISMAEL BIMBOW,<br>　　　　　　　Defendant. | 21-CR-48 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The final pre-trial conference, previously scheduled for March 24, 2022, at 2:00 P.M., is hereby adjourned to **Friday, March 25, 2022, at 11:00 a.m.** and will be held in Courtroom 706 in 40 Foley Square.

　　　　SO ORDERED.

Dated: March 24, 2022
　　　　New York, New York

_____
J. PAUL OETKEN
United States District Judge