UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>-v-<br><br>ISMAEL BIMBOW,<br>       Defendant. | 21-CR-48 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  The final pre-trial conference, previously scheduled for March 25, 2022, at 11:00 a.m., is hereby adjourned to **Monday, March 28, 2022, at 11:00 a.m.** and will be held in Courtroom 706 at 40 Foley Square.

  SO ORDERED.

Dated: March 25, 2022
   New York, New York

                  _____
                    J. PAUL OETKEN
                    United States District Judge