UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ISMAEL BIMBOW,

                  Defendant.

21-CR-48 (JPO)

ORDER

To: METROPOLITAN DETENTION CENTER, BROOKLYN, NEW YORK

WHEREAS, Ismael Bimbow is an incarcerated individual at the Metropolitan Detention Center, Brooklyn, New York ("MDC") under Register Number 21308-509; and

WHEREAS, trial in this matter is scheduled to commence on April 4, 2022 and to continue for approximately one week; and

WHERFORE, Mr. Bimbow requires three sets of court clothes for trial, to be furnished by his attorney.

IT IS THEREFORE ORDERED that Mr. Bimbow be permitted to receive up to three sets of suitable trial clothes at MDC prior to April 4, 2022, and to maintain such clothes during the full pendency of trial.

      SO ORDERED.

Dated: March 25, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge