UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                          :

UNITED STATES OF AMERICA

                                                                          :    PRELIMINARY ORDER OF
          - v. -                                               FORFEITURE/
                                                                          :    <u>MONEY JUDGMENT</u>

ISMAEL BIMBOW,

                                                                          :    21 Cr. 48 (JPO)

          Defendant.
                                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about January 21, 2021, ISMAEL BIMBOW (the "Defendant"), was charged in a two-count Indictment, 21 Cr. 48 (JPO) (the "Indictment"), with narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count One); and firearm use, carrying, and possession, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2;

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

        WHEREAS, the Government administratively forfeited the following assets:

1

   a. $80,000.00 in United States currency, seized on or about December 9, 2020, from an apartment located in Middlesex, New Jersey;

   b. 2013 Honda Accord Sport, VIN Number 1HGCR2E57DA178492, seized on or about December 8, 2020, in East Orange, New Jersey;

   c. $14,973.00 in United States currency, seized on or about December 8, 2020, in East Orange, New Jersey; and

   d. $376,030.00 in United States currency, seized on or about December 9, 2020, from an apartment located in Middlesex, New Jersey;

(a. through d., collectively, the "Administratively Forfeited Assets");

WHEREAS, on or about April 12, 2022, the Defendant was found guilty, following a jury trial, of Counts One and Two of the Indictment;

WHEREAS, the Government asserts that $471,003.00 in United States currency represents the property, real and personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Government seeks a money judgment in the amount of $471,003.00 in United States currency, pursuant to Title 21, United States Code, Section 853, representing the amount of proceeds traceable to the commission of the offenses charged in Count One of the Indictment, that the Defendant personally obtained;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant was found guilty, following a jury trial, a money judgment in the amount of $471,003.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Counts One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.  Upon entry of this Preliminary Order of Forfeiture/Money Judgment, the Government will apply the Administratively Forfeited Assets towards the satisfaction of the Money Judgment and once applied the Money Judgment shall be fully satisfied.

3.  Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ISMAEL BIMBOW, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

4.  The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: New York, New York
       December 14, 2023

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge